**WILLIAM W. McGAHA, ESQ.**
Nevada Bar #3234
**SCHUETZE, McGAHA, TURNER & FERRIS, PLLC.**
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
(702) 369-3225
(702) 369-2110 Fax
*bmcgaha@smlvlaw.net*
*dbrand@smlvlaw.net*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HAILEY FERGUSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUANA PURCELL; DOES I through X, inclusive,<br><br>　　　　　Defendant. | **CASE NO**: 2:20-cv-00663-APG-VCF |

**STIPULATION AND ORDER TO EXTEND DEADLINE
FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
TO QUASH SERVICE OF PROCESS**

IT IS HEREBY STIPULATED AND AGREED, by and between WILLIAM W. McGAHA, ESQ. of the law firm of SCHUETZE, McGAHA, TURNER & FERRIS, PLLC, counsel for Plaintiff HAILEY FERGUSON, and ERNEST MP MORAN, ESQ. of the law firm RANALLI, ZANIEL FOWLER & MORAN, LLC, counsel for Defendant JUANA PURCELL, that:

The due date for Plaintiff's Opposition to Motion to Quash Service of Process, (ECF No. 5), be extended from May 15, 2020 to May 19, 2020.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Plaintiff's counsel's mother died suddenly due to COVID 19.

This is the parties first request to extend this deadline, which is made in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that this Court extend the time for Plaintiff to file her Opposition to Motion to Quash Service of Process from May 15, 2020 to May 19, 2020.

**DATED** this   12th   day of May 2020.

| **SCHUETZE, McGAHA, TURNER & FERRIS, PLLC.** | **RANALLI ZANIEL FOWLER & MORAN** |
|---|---|
| By: /s/William W. McGaha<br>   **WILLIAM W. McGAHA, ESQ.**<br>   Nevada Bar #3234<br>   601 S. Rancho Drive, Suite C-20<br>   Las Vegas, Nevada 89106<br>   Attorneys for Plaintiff | By/s/Ernest MP Moran<br>   **GEORGE M. RANALLI, ESQ.**<br>   **ERNEST MP MORAN, ESQ.**<br>   2400 W. Horizon Ridge Parkway<br>   Henderson, Nevada 89052<br>   Attorney for Defendant |

### ORDER

IT IS SO ORDERED.

DATED this 12th day of May, 2020.

_____
U.S. MAGISTRATE JUDGE

Respectfully submitted by:

**SCHUETZE & McGAHA, P.C.**

By/s/William W. McGaha
   **WILLIAM W. McGAHA, ESQ.**
   Nevada Bar #3234
   601 S. Rancho Drive, Suite C-20
   Las Vegas, Nevada 89106

   Attorneys for Plaintiff